STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY


JOHN FRANKLIN RICHEY (SBN 314565)
ELIEZER COHEN (SBN 302248)
OGNIAN GAVRILOV (SBN 258583)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, California 95816
Telephone: 916.504-0529
Facsimile: 916-473-5870

Attorneys for Plaintiff
DAVID SARGSYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SARGSYAN, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:17-cv-01432-KJM-EFB <br><br> **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

This Stipulation is entered into by and between plaintiff David Sargsyan ("plaintiff") and defendant State Farm Mutual Automobile Insurance Company ("State Farm") (plaintiff and State Farm collectively referred to herein as "Parties") by and through their attorneys of record as follows:

# I.
# RECITALS

1. WHEREAS, on May 31, 2017 plaintiff filed the instant lawsuit against State Farm in Sacramento County Superior Court, Case No. 34-2017-00213318.

2. WHEREAS, on June 16, 2017 plaintiff served State Farm with the Complaint.

3. WHEREAS, on July 10, 2017 plaintiff filed a First Amended Complaint ("FAC") in Sacramento County Superior Court.

4. WHEREAS, on July 11, 2017, without knowledge of plaintiff's filing of the FAC, State Farm filed an Answer to the Complaint in Sacramento County Superior Court.

5. WHEREAS, on July 12, 2017, State Farm filed in the United States District Court for the Eastern District of California a Notice of Removal and Demand for Jury Trial.

6. WHEREAS, after State Farm filed its Answer to the Complaint and removed the instant case to this Court it received plaintiff's FAC.

7. WHEREAS, plaintiff and State Farm now desire to file the FAC and State Farm's Answer to the FAC in this Court as follows:

# II.
# STIPULATION

THEREFORE, ALL PARTIES, by and through their counsel of record, hereby stipulate to the following:

1. Plaintiff will file his First Amended Complaint that was filed in Sacramento County Superior Court, Case No. in the United States District Court for the Eastern District of California, Case No. 2:17-cv-01432-KJM-EFB within five (5) days after entry of the attached proposed order.

2. State Farm will file an Answer to plaintiff's First Amended Complaint within fifteen

///

///

///

(15) days after entry of the attached proposed order.

**IT IS SO STIPULATED.**

Dated: August 22, 2017         GAVRILOV & BROOKS

By_____
JOHN FRANKLIN RICHEY
ELIEZER COHEN
OGNIAN GAVRILOV
Attorney for Plaintiff
DAVID SARGSYAN


Dated: August 22, 2017         HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
CHERIE M. SUTHERLAND
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# ORDER

Pursuant to the Stipulation of the Parties, plaintiff will file its First Amended Complaint in the United States District Court for the Eastern District of California, Case No. 2:17-cv-01432-KJM-EFB within five (5) days after entry of this Order. State Farm will file an Answer to plaintiff's First Amended Complaint fifteen (15) days after entry of this Order.

**IT IS SO ORDERED.**

Dated: August 22, 2017.

_____
UNITED STATES DISTRICT JUDGE